# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Xuelin TU; <br> Cuilan GAO; <br> Tao TU <br>               Plaintiffs, <br><br> vs. <br><br> JANET NAPOLITANO, Secretary of the <br> Department of Homeland Security; <br> HILLARY CLINTON, U.S. Secretary of State; <br> JAMES Y. CHIANG, Officer in Charge, <br> USCIS Beijing Office <br><br>               Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION FILE NO. <br><br> **8:09-CV-00321-JFB-TDT** <br><br><br><br> ORDER OF DISMISSAL |

Pursuant to Plaintiffs' voluntary dismissal (filing No.16) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed without prejudice.

September 11, 2009.

                                        BY THE COURT:

                                        s/ Joseph F. Bataillon <br>
                                        JOSEPH F. BATAILLON, Chief Judge <br>
                                        United States District Court